AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>DIEHL, MARY GRACE | 2. Court or Organization<br><br>UNITED STATES BANKRUPTCY COURT | 3. Date of Report<br><br>04/23/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

1215 UNITED STATES COURTHOUSE
75 SPRING STREET S.W.
ATLANTA, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Trustee | Trust #2 |
| 3. | Treasurer | National Conference of Bankruptcy Judges |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/23/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Adjunct Professor, Georgia State University |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Southeastern Bankruptcy Law Institute, Inc. | April 14-16, 2011 | Atlanta, GA | Seminar | Waiver of Rgistration Fee |
| 2. | Federal Judicial Center | August 2-5, 2011 | Portland, Oregon | Training Seminar | Reimbursement of Travel and Hotel |
| 3. | National Conference of Bankruptcy Judges | October 11-14, 2011 | Tampa, FL | Judges Conference | Partial Reimbursement of Transportation and Hotel |
| 4. | American Law Institute/ American Bar Association | September 21-23, 2011 | Chicago, IL | Educational Seminar Speaker | Reimbursement of Travel and Hotel |
| 5. | American College of Bankruptcy | March 17-19, 2011 | Washington, DC | Professional Meeting | Reimbursementof Travel and Hotel |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **DIEHL, MARY GRACE** | 04/23/2012 |

| 6. | American Bankruptcy Institute | March 31-April 2, 2011 | National Harbor, MD | Educational Seminar Speaker | Reimbursement of Travel and Hotel |
|---|---|---|---|---|---|
| 7. | Turnaround Management Association | January 26-28, 2011 | Law Vegas, NV | Certification Oversight Committee Meeting | Reimbursement of Travel and Hotel |
| 8. | Turnaround Management Association | October 24-27, 2011 | San Diego, CA | Educational Seminar and Certification Oversight Committee Meeting | Reimbursement of Travel and Hotel |
| 9. | State Bar of Georgia | November 10-11, 2011 | Reynolds Plantation, GA | Educational Seminar Speaker | Reimbursement of Hotel and Mileage |
| 10. | American Bankruptcy Institute | July 27-30, 2011 | Kiawah Island, SC | Educational Seminar Speaker | Reimbursement of Hotel and Mileage |
| 11. | American Bankruuptcy Institute | December 1-3, 2011 | Palm Springs, CA | Leadership Meeting | Reimbursement of Hotel and Travel |
| 12. | Business Bankruptcy Association of Southern Florida | Ma7 5-8, 2011 | Naples, FL | Speaker at Educational Seminar | Reimbursement of Hotel and Travel |
| 13. | National Conference of Bankruptcy Judges | November 15, 2011 | Columbia, S.C. | Meeting with Executive Director | Reimbursement of Travel |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/23/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Accounts | A | Interest | M | T | | | | | |
| 2. Wachovia Accounts | | None | | | Closed | 03/17/11 | J | | |
| 3. Mass Mutual Life Insurance Policy#1 | C | Dividend | M | T | | | | | |
| 4. Mass Mutual Insurance Policy #2 | C | Dividend | M | T | | | | | |
| 5. Prudential Insurance Policy | A | Interest | K | T | | | | | |
| 6. Brokerage Account #1 | | | | | | | | | |
| 7. --Bank Deposit Account- FIA Card services | A | Interest | K | T | | | | | |
| 8. --MFS Value Fund Class A | B | Dividend | M | T | | | | | |
| 9. -Bank of America (formerly ML Bank) | A | Interest | J | T | | | | | |
| 10. --Thornburg International Value Fund Cl 1 | B | Dividend | M | T | | | | | |
| 11. --Hartford Growth Opportunities Fund Cl A | A | Dividend | M | T | Sold (part) | 4/29/11 | J | A | |
| 12. | | | | | Sold (part) | 09/02/11 | J | A | |
| 13. --American Euro Pacific Growth Fund Cl F | A | Dividend | M | T | | | | | |
| 14. --American Growth Fund of America | B | Dividend | | | Sold | 04/11/11 | M | A | |
| 15. --Wells Fargo Advantage Small Cap Fund A | A | Dividend | K | T | Sold (part) | 04/29/11 | J | A | |
| 16. --American Century New Opportunities II Investor Fund | | None | K | T | Sold (part) | 04/29/11 | J | A | |
| 17. --Artio Interantional Equity Fund | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Eaton Vance Large Cap Value Fund Class A | B | Dividend | M | T | | | | | |
| 19. --Pennsylvania Mutual Fund | A | Dividend | K | T | Sold (part) | 04/29/11 | J | A | |
| 20. | | | | | Sold (part) | 09/02/11 | J | A | |
| 21. --Westcore Small Cap Value Fund CL R | A | Dividend | K | T | Sold (part) | 04/29/11 | J | A | |
| 22. | | | | | Sold (part) | 09/02/11 | J | A | |
| 23. --ISHARES RUSSELL 1000 Growth Index Fund | B | Dividend | M | T | Sold (part) | 04/29/11 | J | A | |
| 24. | | | | | Sold (part) | 09/02/11 | J | B | |
| 25. --ISHARES RUSSELL 1000 Value Index | C | Dividend | M | T | | | | | |
| 26. Dreyfus Appreciation Fd | B | Dividend | M | T | Buy | 04/11/11 | M | | |
| 27. Brokerage Acct #2 | | | | | | | | | |
| 28. --Georgia St Rd & Twy Auth Rev | C | Interest | L | T | Sold (part) | 04/08/11 | K | A | |
| 29. --San Marcos Tex WWKS-WWTR | C | Interest | M | T | | | | | |
| 30. --Columbus GA Wtr & Swr | C | Interest | | | Sold | 04/06/11 | M | C | |
| 31. --Georgia Mun Elec Auth Pwr Rev Ser Y | C | Interest | L | T | | | | | |
| 32. --DuPage Il Transn Rev | C | Interest | L | T | | | | | |
| 33. --Georgia St Ser G | C | Interest | | | Sold | 10/10/11 | L | D | |
| 34. --University Houston Tex | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Gwinnett Cnty Ga Wtr & Sew Ser A | B | Interest | K | T | | | | | |
| 36. --Gwinnett Cty Ga Sch | C | Interest | L | T | Sold (part) | 03/25/11 | J | A | |
| 37. --Dekalb Private Hosp Auth | C | Interest | L | T | | | | | |
| 38. Orlando Fl Cap Impt Spl | B | Interest | L | T | | | | | |
| 39. Georgia St - Series D | C | Interest | L | T | | | | | |
| 40. Columbia Co Ga Wtr & Sew | B | Interest | L | T | | | | | |
| 41. Athens-Clarke Cnty GA Uni Govt Auth Rev | A | Interest | L | T | Buy | 04/08/11 | L | | |
| 42. Oklahoma St Tpk Auth | | None | L | T | Buy | 10/11/11 | L | | |
| 43. IRA #1 | | | | | | | | | |
| 44. --ML Systematic Momentum Futures Access Class C | A | Int./Div. | N | T | | | | | |
| 45. IRA #2 | | | | | | | | | |
| 46. --Thornburg International Value Fund | A | Int./Div. | K | T | | | | | |
| 47. --Westcore Small Cap Value Fund Cl R | A | Int./Div. | J | T | | | | | |
| 48. --Hartford Growth Opportunities Fund Cl A | A | Int./Div. | J | T | | | | | |
| 49. --American Euro Pacific Growth Fund Cl F | A | Int./Div. | K | T | | | | | |
| 50. --American Growth Fund of America Cl F | A | Int./Div. | | | Sold | 04/11/11 | J | A | |
| 51. --Wells Fargo Advantage Small Cap Gr Fund A | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --American Century New Opportunities II Investor Fund | | None | J | T | | | | | |
| 53. --Artio International | A | Int./Div. | K | T | | | | | |
| 54. --MFS Value Fund Cl A | A | Int./Div. | K | T | | | | | |
| 55. --Eaton Vance Large Cap Value FUnd Class A | A | Int./Div. | K | T | | | | | |
| 56. --Pennsylvanie Mutual Fund | A | Int./Div. | J | T | | | | | |
| 57. --FIA Card Services (formerly ML Bank USA RASP) | A | Interest | J | T | | | | | |
| 58. --ISHARES RUSSELL 1000 Growth | A | Int./Div. | K | T | | | | | |
| 59. --ISHARES RUSSELL 1000 Value | A | Int./Div. | K | T | | | | | |
| 60. Dreyfus Appreciation Fd | A | Int./Div. | K | T | Buy | 04/11/11 | J | | |
| 61. IRA #3 | | | | | | | | | |
| 62. -FIA Card Svcs (Formerly -ML Bank USA RASP) | A | Interest | J | T | | | | | |
| 63. --ML Systematic Momentum Futures Access LLC | A | Int./Div. | N | T | | | | | |
| 64. --MFS Value Fund | B | Int./Div. | L | T | | | | | |
| 65. --Thornburg International Value Fund Cl I | B | Int./Div. | L | T | | | | | |
| 66. --Westcore Small Cap Value Fund | A | Int./Div. | J | T | | | | | |
| 67. --Hartford Growth Opportunities Fund Cl A | A | Int./Div. | L | T | | | | | |
| 68. --American Euro Pacific Growth Fund Cl F | B | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | --American Growth Fund of American Cl F | A | Int./Div. | | | Sold | 01/11/11 | L | A | |
| 70. | --Wells Fargo Advantage Small Cap Fund A | A | Int./Div. | J | T | | | | | |
| 71. | --American Century New Opportunities Investor Fund | A | Int./Div. | J | T | | | | | |
| 72. | --Artio International | B | Int./Div. | L | T | | | | | |
| 73. | --Eaton Vance Large Cap Value Fund Class A | B | Int./Div. | L | T | | | | | |
| 74. | --PENNSYLVANIA MUTUAL FUND | A | Int./Div. | J | T | | | | | |
| 75. | --ISHARES RUSSELL 1000 Growth | A | Int./Div. | L | T | | | | | |
| 76. | --ISHARES RUSSELL 1000 Value | B | Int./Div. | L | T | | | | | |
| 77. | Dreyfus Appreciation Fd | A | Int./Div. | L | T | Buy | 04/11/11 | L | | |
| 78. | SEP #1 | | | | | | | | | |
| 79. | --Thornburg International Value Fund Class I | A | Int./Div. | K | T | | | | | |
| 80. | --Hartford Growth Opportunities Fund Cl A | A | Int./Div. | K | T | | | | | |
| 81. | --American Euro Pacific Growth Fund Cl F | A | Int./Div. | K | T | | | | | |
| 82. | --American Growth Fund of American Cl F | A | Int./Div. | | | Sold | 04/11/11 | K | A | |
| 83. | --Wells Fargo Advantage Small Cap Gr Fund A | A | Int./Div. | J | T | | | | | |
| 84. | --American Century New Opportunities II Investor Fund | A | Int./Div. | J | T | | | | | |
| 85. | -Artio International Equity Fund | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/23/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --MFS Value Fund Cl A | A | Int./Div. | K | T | | | | | |
| 87. --Eaton Vance Large Cap Value FUnd Class A | A | Int./Div. | K | T | | | | | |
| 88. --Pennsylvanie Mutual Fund | A | Int./Div. | J | T | | | | | |
| 89. --FIA CArd Svcs (formerly ML Bank USA RASP) | A | Int./Div. | J | T | | | | | |
| 90. --ISHARES RUSSELL 1000 GROWTH | A | Int./Div. | K | T | | | | | |
| 91. --ISHARES RUSSELL 1000 FALUE | A | Int./Div. | K | T | | | | | |
| 92. --Westcore Small Cap | A | Int./Div. | J | T | | | | | |
| 93. Dreyfus Appreciation Fd | A | Int./Div. | K | T | Buy | 04/11/11 | K | | |
| 94. SEP #2 | | | | | | | | | |
| 95. --Thornburg International Value Fund Cl 1 | A | Int./Div. | J | T | | | | | |
| 96. --Westcore Small Cap | A | Int./Div. | J | T | | | | | |
| 97. --Hartford Growth Opportunities Fund Cla A | A | Int./Div. | J | T | | | | | |
| 98. --American Euro Pacific Growth Fund Cl F | A | Int./Div. | J | T | | | | | |
| 99. --American Growth Funds of American Cl F | A | Int./Div. | | | Sold | 04/11/11 | J | A | |
| 100. --Wells Fargo Advantage Small Cap Gr Fund A | A | Int./Div. | J | T | | | | | |
| 101. --American Century New Opportunities II | A | Int./Div. | J | T | | | | | |
| 102. --Artio | A | Int./Div. | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/23/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. --MFS Value Fund Cl A | A | Int./Div. | J | T | | | | | |
| 104. --Eaton Vance Large Cap Value Fund Class A | A | Int./Div. | J | T | | | | | |
| 105. --Pennsylvania Mutual Fuind | A | Int./Div. | J | T | | | | | |
| 106. --ISHARES RUSSELL 1000 Growth | A | Int./Div. | J | T | | | | | |
| 107. --ISHARES RUSSELL 1000 VALUE | A | Int./Div. | J | T | | | | | |
| 108. Dreyfus Appreciation Fd | A | Dividend | J | T | Buy | 04/11/11 | J | | |
| 109. Trust #1 | | None | K | T | | | | | |
| 110. Trust #2 | | None | L | T | | | | | |
| 111. College Savings Plan: MLIM 20+ Years | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DIEHL, MARY GRACE | 04/23/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Trust #1 is a charitable trust whose sole asset is an annuity policy. I have no control over the assets of this trust. My obligations are limited to receipt of payments and distribution pursuant to the terms of the trust. I am not a beneficiary of the trust.

Trust #2 is an insurance trust. The sole assets of the trust are a term life insurance policy. I am a contingent beneficiary of the trust but its assets have no current value and the owner of the trust       has the sole power to determine the beneficiaries of the trust.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **MARY GRACE DIEHL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544